1 Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
2 **JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
3 Phoenix, Arizona 85012
rmh@jaburgwilk.com
4 jek@jaburgwilk.com
(602) 248-1000
5
Attorneys for Movant

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: May 24, 2010**



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>J. MITCH MITCHELL and<br>TERESA ELEANOR MITCHELL<br><br>    Debtors.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Movant,<br><br>v.<br><br>J. MITCH MITCHELL and<br>TERESA ELEANOR MITCHELL and<br>ROGER W. BROWN, Trustee,<br><br>    Respondent. | Chapter 7<br><br>No: 2-10-bk-04938-SSC<br><br><br><br>**ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO BANK, N.A., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the EquityLine with Flexability Agreements and Deeds of Trusts attached to Motion; respectively; that the Debtors have defaulted in their post-petition installment payments and cause exists for lifting the automatic stay; that the Debtors have been

999-999/RMH/JMC2/798929_v1

unable to afford Movant adequate protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its liens upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

> LOT 69, ALAMOSA ESTATES, ACCORDING TO BOOK 577 OF MAPS, PAGES 41, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

2
999-999/RMH/JMC2/798929_v1

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed this 28th day of April, 2010, to: |
| 2 | |
| 3 | J. MITCH MITCHELL<br>TERESA ELEANOR MITCHELL<br>1074 E. Prescott Pl. |
| 4 | Chandler, AZ  85249 |
| 5 | JOHN JOSEPH VOLIN<br>2033 E. Warner Rd., Ste .106 |
| 6 | Tempe, AZ  85284-3417 |
| 7 | ROGER W. BROWN<br>P.O. Box 32967 |
| 8 | Phoenix, AZ  85064-2967 |
| 9 |   s/ Jeanette Chavez |

**JABURG & WILK, P.C.**
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

999-999/RMH/JMC2/798929_v1